FORM B18 (10/05)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                              Case No.: 2:07−bk−00624−CGC

BARRY K. BOURGEOIS                                  Chapter: 7
1320 N. VINCENT
MESA, AZ 85207
**SSAN:** xxx−xx−8291
**EIN:**

Debtor(s)

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date:** July 11, 2007                             BY THE COURT

**Address of the Bankruptcy Clerk's Office:**      HONORABLE Charles G. Case II
U.S. Bankruptcy Court, Arizona                      United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support; debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2           User: admin              Page 1 of 2             Date Rcvd: Jul 11, 2007
Case: 07-00624                 Form ID: b18             Total Served: 28
```

The following entities were served by first class mail on Jul 13, 2007.
```
db          +BARRY K. BOURGEOIS,    1320 N. VINCENT,    MESA, AZ 85207-4412
aty         +DAWN 5 BAYNE,    ALLEN, SALA & BAYNE, P.L.C.,    VIAD CORPORATE CENTER,
              1850 N. CENTRAL AVE., #1150,    PHOENIX, AZ 85004-4512
aty         +DAWN M. BAYNE,    ALLEN, SALA & BAYNE, P.L.C.,    VIAD CORPORATE CENTER,
              1850 N. CENTRAL AVE., #1150,    PHOENIX, AZ 85004-4512
aty         +ROBERT 3 TEAGUE,    PHILLIPS & ASSOCIATES,    3030 N. 3RD ST., #1100,    PHOENIX, AZ 85012-3049
aty         +THOMAS H. ALLEN,    ALLEN, SALA & BAYNE, P.L.C.,    VIAD CORPORATE CENTER,
              1850 N. CENTRAL AVE., #1150,    PHOENIX, AZ 85004-4512
tr           DIANE M. MANN,    PO BOX 12970,    SCOTTSDALE, AZ  85267-2970
6868954     +BROWN, BERARDINI & DUNNING, PC,    2000 SOUTH COLORADO BLVD,    TOWER TWO SUITE 700,
              DENVER CO 80222-7900
6868959     +CHASE HOME FINANCE LLC,    3415 VISION DRIVE,    COLUMBUS OH 43219-6009
6868960     +COMPUTER RESOURCE TECHNOLOGIES INC,    3609 SOUTH WADSWORTH BLVD SUITE 100,    DENVER CO 80235-2106
6868963     +FORD MOTOR COMPANY,    JAMES PADILLA, PRESIDENT,    PO BOX 685,    DEARBORN MI 48121-0685
6868964     +FRANK ALBE,    22631 EAGLE DRIVE,    ELBERT CO 80106-9615
6868966     +JAMES R. BRADBURY,    640 PLAZA DRIVE #110,    LITTLETON CO 80129-2399
6868969     +MICROSEL OF COLORADO, LLC,    C/O J.ANDREW AUSMUS ESQ.,    8008 E. ARAPAHOE CT SUITE 100,
              ENGLEWOOD CO 80112-6839
6868970     +ORCHARD BANK,    PO BOX 60102,    CITY OF INDUSTRY CA 91716-0102
6868971     +PURCO FLEET SERVICES,    136 S. MAIN ST.,    SPANISH FORK UT 84660-2033
6868972     +REED H. BAKER, CPA., PC,    640 PLAZA DR. SUITE 110,    HIGHLAND RANCH CO 80129-2399
6868973     +RICK L BRUNNER,    545 E. TOWN STREET,    COLUMBUS OH 43215-4801
6868974     +SAGUARO MTN COMM ASSOC.,    PO BOX 4171,    MESA AZ 85211-4171
6868975     +STEVE SHERWOOD,    7425 W. RADCLIFF AVENUE,    LITTLETON CO 80123-1241
6868978     +TDM TSYS TOTAL DEBT MANAGEMENT,    P.O. BOX 6700,    NORCROSS GA 30091-6700
6891103     +THOMAS H ALLEN,    DAWN M BAYNE,    ALLEN & SALA PLC,    1850 N CENTRAL AVENUE SUITE 1150,
              PHOENIX AZ 85004-0977
6868980     +WELLS FARGO,    CREDIT MANAGEMENT GROUP,    1740 BROADWAY,    DENVER CO 80274-0001
6868979      WELLS FARGO,    PO BOX 5058,    MACP6053-021,    PORTLAND OR 97208-5058
```

The following entities were served by electronic transmission on Jul 12, 2007.
```
tr           EDI: QDMMANN.COM Jul 11 2007 21:29:00      DIANE M. MANN,    PO BOX 12970,
              SCOTTSDALE, AZ  85267-2970
smg         +EDI: AZDEPREV.COM Jul 11 2007 21:30:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
smg         +EDI: IRS.COM Jul 11 2007 21:29:00      IRS,    210 EAST EARLL DR, MS 5014 PX,
              PHOENIX, AZ 85012-2653
6868956     +EDI: CAPITALONE.COM Jul 11 2007 21:30:00      CAPITAL ONE BANK,    PO BOX 85520,
              RICHMOND VA 23285-5520
6868958      EDI: CHASE.COM Jul 11 2007 21:30:00      CHASE,    PO BOX 78036,    PHOENIX AZ 85062-8036
6872548     +EDI: FORD.COM Jul 11 2007 21:29:00      Ford Motor Credit Company,    Drawer 55-953,
              P.O. Box 55000,    Detroit, MI 48255-0001
6868970      EDI: HFC.COM Jul 11 2007 21:29:00      ORCHARD BANK,    PO BOX 60102,
              CITY OF INDUSTRY CA 91716-0102
6868980     +EDI: WFFC.COM Jul 11 2007 21:29:00      WELLS FARGO,    CREDIT MANAGEMENT GROUP,    1740 BROADWAY,
              DENVER CO 80274-0001
6868979      EDI: WFFC.COM Jul 11 2007 21:29:00      WELLS FARGO,    PO BOX 5058,    MACP6053-021,
              PORTLAND OR 97208-5058
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6868955*    +BROWN, BERARDINI & DUNNING, PC,    2000 SOUTH COLORADO BLVD,    TOWER TWO SUITE 700,
              DENVER CO 80222-7900
6868957*    +CAPITAL ONE BANK,    PO BOX 85520,    RICHMOND VA 23285-5520
6868961*    +COMPUTER RESOURCE TECHNOLOGIES INC,    3609 SOUTH WADSWORTH BLVD SUITE 100,    DENVER CO 80235-2106
6868962*    +COMPUTER RESOURCE TECHNOLOGIES INC,    3609 SOUTH WADSWORTH BLVD SUITE 100,    DENVER CO 80235-2106
6868965*    +FRANK ALBE,    22631 EAGLE DRIVE,    ELBERT CO 80106-9615
6868967*    +JAMES R. BRADBURY,    640 PLAZA DRIVE #110,    LITTLETON CO 80129-2399
6868968*    +JAMES R. BRADBURY,    640 PLAZA DRIVE #110,    LITTLETON CO 80129-2399
6868976*    +STEVE SHERWOOD,    7425 W. RADCLIFF AVENUE,    LITTLETON CO 80123-1241
6868977*    +STEVE SHERWOOD,    7425 W. RADCLIFF AVENUE,    LITTLETON CO 80123-1241
6868981*    +WELLS FARGO,    CREDIT MANAGEMENT GROUP,    1740 BROADWAY,    DENVER CO 80274-0001
                                                                                           TOTALS: 0, * 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2007**                       **Signature:**   *Joseph Speetjens*